|    |    |    |
|----|----|----|
| 1  |    |    |
| 2  |    |    |

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| JAVIER SUAREZ FLORES, | 1:07-cv-001194-OWW-WMW (HC) |
|---|---|
| Petitioner, | |
| v. | **ORDER AUTHORIZING** |
|  | **IN FORMA PAUPERIS STATUS** |
| KEN CLARK, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:   August 21, 2007**            /s/ **William M. Wunderlich**
                                          UNITED STATES MAGISTRATE JUDGE