IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER SUAREZ FLORES, | 1:07-cv-01194-OWW-WMW (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE |
| vs. | |
| WARDEN KEN CLARK, | (DOCUMENT #12) |
| Respondent. | THIRTY DAY DEADLINE |
| _____/ | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 20, 2008, petitioner filed a motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file a traverse.

IT IS SO ORDERED.

**Dated:   April 3, 2008**          /s/  William M. Wunderlich
                                    UNITED STATES MAGISTRATE JUDGE